# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:22-cv-00008-MR

| | |
|---|---|
| **JERITON LAVAR CURRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **USP COLEMAN, et al.,** ) | **ORDER** |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Appointment of Counsel and to Strike Filing Fee of $350 [Doc. 10].

The pro se Plaintiff, who is incarcerated in Florence, Colorado, filed this civil rights action pursuant to <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), addressing incidents that allegedly occurred at the Coleman United States Penitentiary in Sumterville, Florida. On April 25, 2022, the Court entered an Order transferring this action to the United States District Court for the Middle District of Florida, where the incidents at issue allegedly occurred, and where the Defendants appear to be located. [Doc. 9]. The Court declined to rule on the Plaintiff's pending motions. [<u>Id.</u>; <u>see</u> Docs. 5, 7].

After this case was transmitted to the Middle District of Florida, the present pro se Motion was docketed. [Doc. 10]. The Court will therefore instruct the Clerk to re-transmit the record to the Middle District of Florida, and to terminate the Motion in this Court's docket.

**IT IS, THEREFORE, ORDERED** that the Clerk is respectfully instructed to re-transmit the record to the United States District Court for the Middle District of Florida, and to terminate the Motion in this Court's docket.

**IT IS SO ORDERED**.

Signed: May 5, 2022

Martin Reidinger
Chief United States District Judge